UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN E. KNAPP, et al.,<br><br>            Defendants. | CASE NO. C22-0462JLR<br><br>ORDER |

Before the court are two motions filed by Plaintiff the United States of America ("the Government"): (1) a motion for a 45-day extension of the deadline to complete service on Defendant Nicolle M. Scalise (Service Mot. (Dkt. # 17)) and (2) a motion to extend the deadlines set in the court's initial case scheduling order to dates after the Government completes service on Ms. Scalise (Deadlines Mot. (Dkt. # 19); *see* 5/19/22 Order (Dkt. # 13).) No party has opposed the motions (*see generally* Dkt.) and the Government represents that Defendant Specialized Loan Servicing LLC, the sole defendant that had appeared in this matter at the time the Government filed its motions,

ORDER - 1

agrees with the Government's proposal to extend the initial case schedule deadlines (Deadlines Mot. ¶ 6).[1]

The Government filed this action on April 7, 2022, seeking to "(1) reduce to judgment outstanding federal tax liabilities assessed [against Defendants] John Knapp, Nicolle Scalise, and Evergreen Installation LLC and (2) foreclose the federal tax liens on real property located in Carnation, Washington." (Service Mot. at 2 (citing Compl. (Dkt. # 1)).) Thus, under Federal Rule of Civil Procedure 4(m), the deadline for service of all Defendants is July 6, 2022, or 90 days after the date the complaint was filed. *See* Fed. R. Civ. P. 4(m). The Government has now served all Defendants except Ms. Scalise. (*See* Affs. of Service (Dkt. ## 4-6, 9, 15, 22-23).) The Government made numerous attempts to locate and serve Ms. Scalise in April, May, and June 2022, but has not yet succeeded in effecting service. (*See* Koven Decl. (Dkt. # 18) ¶¶ 2-14.) It represents that it will be seeking additional resources to locate Ms. Scalise, including "asking administrative staff to run a skip-trace, follow up with known associates, and attempt to contact Ms. Scalise via possible email addresses." (Service Mot. at 3.) The Government states that a 45-day extension of the deadline to serve Ms. Scalise should provide sufficient time to complete these efforts. (*Id.* at 4.)

Rule 4(m) allows the court to grant a plaintiff additional time to complete service where good cause exists to do so. *See* Fed. R. Civ. P. 4(m). The court finds that the Government has shown good cause to extend the deadline for service for 45 days, to

---

[1] Defendant King County appeared in this action and answered the Government's complaint after the Government filed its motions. (*See* King County Ans. (Dkt. # 21).)

ORDER - 2

August 20, 2022.  Therefore, the court GRANTS the Government's motion for an extension of time to complete service on Ms. Scalise (Dkt. # 17).

The court further finds that it is in the interest of effective case management to extend the initial case schedule deadlines until a date after all Defendants have been served in this matter.  Therefore, the court GRANTS the Government's motion for an extension of the initial case schedule deadlines (Dkt. # 19) and sets the deadline for the parties' Federal Rule of Civil Procedure 26(f) conference on September 19, 2022; the deadline for initial disclosures pursuant to Rule 26(a)(1) on October 3, 2022; and the deadline to file the combined joint status report and discovery plan pursuant to Rule 26(f) and Local Rules W.D. Wash. LCR 26(f) on October 11, 2022.

Dated this 1st day of July, 2022.

JAMES L. ROBART
United States District Judge