1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
   CASSONDRA L. KOVEN
3  Washington DC Bar
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Washington, D.C. 20044
   202-514-6632 (v)
6  202-307-0054 (f)
   Cassondra.L.Koven@usdoj.gov
7  *Attorney for the United States of America*

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
9                          AT SEATTLE

10

11 UNITED STATES OF AMERICA,          )
                                       )  Case No. 2:22-cv-462
           Plaintiff,                  )
12                                     )  **[PROPOSED] ORDER GRANTING**
           v.                          )  **UNITED STATES' MOTION FOR**
13                                     )  **EXTENSION OF TIME**
   JOHN E. KNAPP,                      )
14 EVERGREEN INSTALLATION LLC,         )
   NICOLLE M. SCALISE,                 )
15 KING COUNTY,                        )
   CENTEX HOME EQUITY COMPANY, LLC,    )
16 SAKAGUCHI, FELLBECK & REESE PLLC,   )
   WASHINGTON STATE,                   )
17 SPECIALIZED LOAN SERVICING LLC, and )
   CITY OF CARNATION,                  )
18                                     )
           Defendants.                 )
19 _____)

20
        The United States of America ("United States") moved the Court for leave to extend time
21
   required to serve the defendant. Based on the Motion for Extension of Time ("Motion") and for
22
   good cause shown, the Court hereby GRANTS the Motion and IT IS HEREBY ORDERED that:
23

24

1. The United States shall have until October 19, 2022, or 60 days from the date of this Order, whichever is later, to serve defendant Nicolle M. Scalise.

Dated this 19th day of August, 2022.

*[signature]*

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR EXTENSION OF TIME

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632