IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN E. KNAPP,<br>EVERGREEN INSTALLATION LLC,<br>NICOLLE M. SCALISE,<br>KING COUNTY,<br>CENTEX HOME EQUITY COMPANY, LLC,<br>SAKAGUCHI, FELLBECK & REESE PLLC,<br>WASHINGTON STATE,<br>SPECIALIZED LOAN SERVICING LLC, and<br>CITY OF CARNATION,<br><br>      Defendants. | Case No. 2:22-cv-462<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES** |

The United States moved the Court for leave to extend time required to complete the initial discovery deadlines (Dkt. # 30). Based on the Motion for Extension of Deadlines ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion and IT IS HEREBY ORDERED that:

ORDER GRANTING MOTION FOR
EXTENSION OF DEADLINES

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/22/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 12/6/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/13/2022 |

The deadlines above may be extended only by the Court.

Dated this 14th day of September, 2022.

*[signature]*

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
EXTENSION OF DEADLINES

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632