IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. KNAPP, ) <br> EVERGREEN INSTALLATION LLC, ) <br> NICOLLE M. SCALISE, ) <br> KING COUNTY, ) <br> CENTEX HOME EQUITY COMPANY, LLC, ) <br> SAKAGUCHI, FELLBECK & REESE PLLC, ) <br> WASHINGTON STATE, ) <br> SPECIALIZED LOAN SERVICING LLC, and ) <br> CITY OF CARNATION, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-462 <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES** |

The United States moved the Court for leave to extend time required to complete the initial discovery deadlines. Based on the Motion for Extension of Deadlines ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion (Dkt. # 39) and IT IS HEREBY ORDERED that:

ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 1/6/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/20/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 1/27/2023 |

The deadlines above may be extended only by the Court. Any request for an extension should be made by telephone to Ashleigh Drecktrah, Courtroom Deputy, at (206) 370−8520. If Defendants have appeared, the parties are directed to meet and to confer before contacting the Court to request an extension. If this case involves claims which are exempt from the requirements of FRCP 26(a) and 26(f), please notify Ashleigh Drecktrah, Courtroom Deputy, by telephone at (206) 370−8520.

Dated this 28th day of November, 2022.

James L. Robart
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION FOR
EXTENSION OF DEADLINES

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632