IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. KNAPP, ) <br> EVERGREEN INSTALLATION LLC, ) <br> NICOLLE M. SCALISE, ) <br> KING COUNTY, ) <br> CENTEX HOME EQUITY COMPANY, LLC, ) <br> SAKAGUCHI, FELLBECK & REESE PLLC, ) <br> WASHINGTON STATE, ) <br> SPECIALIZED LOAN SERVICING LLC, and ) <br> CITY OF CARNATION, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-462 <br><br> **DEFAULT JUDGMENT AGAINST NICOLLE M. SCALISE, WASHINGTON STATE, SAKAGUCHI, FELLBECK & REESE, CITY OF CARNATION, AND CENTEX HOME EQUITY COMPANY** |

DEFAULT JUDGMENT         1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

The United States' motion for default judgment is GRANTED, and default judgment is entered against: Nicolle M. Scalise, Washington State, Sakaguchi, Fellbeck & Reese, City of Carnation, and Centex Home Equity Company (collectively, "the Defaulting Defendants"). It is hereby ORDERED and ADJUDGED that none of the Defaulting Defendants have any interest in the Subject Property, commonly referred to as 4906 328th Ave. NE Carnation, Washington 98014 (Parcel Number 117000-0460-05).

It is hereby ORDERED that JUDGMENT has been entered against Nicolle M. Scalise for Count 1, regarding unpaid federal income taxes for 2013 in the amount of $35.22, plus statutory interest and other additions accruing after November 10, 2022.

The Clerk is DIRECTED to send a copy of this Default Judgment to all counsel of record.

Dated this 19th day of December, 2022.

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE