IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JOHN E. KNAPP,  )<br>EVERGREEN INSTALLATION LLC,  )<br>NICOLLE M. SCALISE,  )<br>KING COUNTY,  )<br>CENTEX HOME EQUITY COMPANY, LLC,  )<br>SAKAGUCHI, FELLBECK & REESE PLLC,  )<br>WASHINGTON STATE,  )<br>SPECIALIZED LOAN SERVICING LLC, and  )<br>CITY OF CARNATION,  )<br>  )<br>  Defendants.  )<br>_____)  | Case No. 2:22-cv-462<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT** |

[PROPOSED] ORDER APPROVING STIPULATION
FOR ENTRY OF JUDGMENT

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

This matter is before the Court on the Stipulation for Entry of Judgment against John E. Knapp, Evergreen Installation LLC, Specialized Loan Servicing LLC, and King County. Having considered the Stipulation, it is hereby ORDERED that the Stipulation is APPROVED and a Judgment shall be entered in accordance with the Stipulation of the Parties.

Dated this 19th day of December, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION
FOR ENTRY OF JUDGMENT

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632