The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:22-cv-462 |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING |
| v. ) | UNITED STATES' MOTION TO |
| ) | CORRECT JUDGMENT DATED |
| JOHN E. KNAPP, ) | DECEMBER 19, 2022 (DKT. NO. 47) |
| EVERGREEN INSTALLATION LLC, ) | |
| NICOLLE M. SCALISE, ) | |
| KING COUNTY, ) | |
| CENTEX HOME EQUITY COMPANY, LLC, ) | |
| SAKAGUCHI, FELLBECK & REESE PLLC, ) | |
| WASHINGTON STATE, ) | |
| SPECIALIZED LOAN SERVICING LLC, and ) | |
| CITY OF CARNATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO CORRECT JUDGMENT DATED DECEMBER 19, 2022 (DKT. NO. 47) (Case No. 2:22-cv-00462-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

Before the Court is the United States of America's Motion to Correct Judgment Dated December 19, 2022 (Dkt. No. 47) ("Motion"). For the reasons set forth in the Motion, and having considered the record contained herein, and good cause being shown, the United States Motion is GRANTED. It is hereby ORDERED that the Judgment Dated December 19, 2022 entered at Dkt. No. 47 is corrected and amended as follows: the tax period "September 30, 2009" at Dkt. No. 47 at ¶3:11 is replaced with the following tax period "September 30, 2008".

**IT IS SO ORDERED**

Dated this 8th day of December, 2025.

_____
James L. Robart
United States District Judge

Presented by:

/s/ Kelark Azer Habashi
KELARK AZER HABASHI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Washington, D.C. 20044
202-353-0014 (v) / 202-307-0054 (f)
kelark.azer.habashi@usdoj.gov
*Counsel for the United States of America*

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO CORRECT JUDGMENT DATED DECEMBER 19, 2022 (DKT. NO. 47)
(Case No. 2:22-cv-00462-JLR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632